

United States District Court
Eastern District of California

| American Free Enterprise Chamber, etc. |
|---|

Plaintiff(s)

V.

| Steven S. Cliff, et al. |
|---|

Defendant(s)

Case Number: 2:24-cv-00988-KJM-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Laura B. Ruppalt hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiffs American Free Enterprise Chamber of Commerce and Associated Equipment Distributors

On 10/15/2021 (date), I was admitted to practice and presently in good standing in the Virginia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/10/2024       Signature of Applicant: /s/ Laura B. Ruppalt

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Laura B. Ruppalt |
| Law Firm Name: | Boyden Gray PLLC |
| Address: | 801 17th Street NW, Suite 350 |
| City: | Washington   State: DC   Zip: 20006 |
| Phone Number w/Area Code: | (202) 955-0620 |
| City and State of Residence: | Alexandria, Virginia |
| Primary E-mail Address: | lruppalt@boydengray.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eric Grant |
| Law Firm Name: | Hicks Thomas LLP |
| Address: | 701 University Avenue, Suite 106 |
| City: | Sacramento   State: CA   Zip: 95825 |
| Phone Number w/Area Code: | (916) 241-8414   Bar #: 151064 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 23, 2024

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT LAURA BETH RUPPALT IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MS. RUPPALT WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 15, 2021, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued April 5, 2024

DaVida M. Davis
Director of Regulatory Compliance