ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612-1492
 Telephone: (510) 879-0299
 Fax: (510) 622-2270
 E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants Steven S. Cliff, in his official capacity, and Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; AND ASSOCIATED EQUIPMENT DISTRIBUTORS,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendants. | 2:24-cv-00988-TLN-CKD<br><br>**NOTICE OF RELATED CASES**<br><br>Date:         n/a<br>Time:         n/a<br>Courtroom:  3<br>Judge:        Hon. Troy N. Nunley<br>Trial Date:   Not Set<br>Action Filed: April 1, 2024 |

1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 123, Defendants Steven S. Cliff and Rob Bonta, in their official capacities, provide notice that the following cases pending in the Eastern District are related:

1. Case No. 2:24-cv-01364-JAM-CKD, *State of Nebraska, et al. v. Steven S. Cliff and Rob Bonta*, filed on May 13, 2024;

2. Case No. 2:24-cv-00988-TLN-CKD, *American Free Enterprise Chamber of Commerce; and Associated Equipment Distributors v. Steven S. Cliff and Rob Bonta*, filed on April 1, 2024; and

3. Case No. 2:23-cv-02333-TLN-CKD, *California Trucking Association v. Steven S. Cliff*, filed on October 16, 2023.

The second and third cases listed above have already been related by this Court's order on April 29, 2024. ECF 12. The first case listed above was filed after that order.

Under Eastern District Local Rule 123, an action is related to another when, *inter alia*, "both actions involve the same parties and are based on the same or a similar claim"; "both actions involve the same property, transaction, or event"; or "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."

In all three cases, Plaintiffs challenge the Advanced Clean Fleets (ACF) regulation promulgated by the California Air Resources Board and seek to enjoin its enforcement. All three complaints allege preemption under the Clean Air Act (specifically 42 U.S.C. § 7543(a)) and the Federal Aviation Administration Authorization Act. The complaints in the first and third cases listed above also both allege violation of the dormant Commerce Clause. And, while the Plaintiffs are distinct, Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, is a Defendant in all three cases. The cases thus involve some of the same parties, all of the same events (e.g., the potential enforcement of the ACF regulation), similar questions of fact, and some of the same questions of law.

1  Given the commonality of parties and issues, and because all three cases involve challenges to the same state regulation, assignment of these three cases to the same judge "is likely to effect a savings of judicial effort and other economies." L.R. 123(b).

Dated: May 24, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General


*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants Steven S. Cliff, in his official capacity, and Rob Bonta, in his official capacity*

OK2024400861
91808164.docx