ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
JONATHAN A. WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612-1492
  Telephone: (510) 879-0299
  Fax: (510) 622-2270
  E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants Steven S. Cliff, in his official capacity, and Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; AND ASSOCIATED EQUIPMENT DISTRIBUTORS,<br><br>                Plaintiffs,<br><br>v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,<br><br>                Defendants. | 2:24-cv-00988-TLN-CKD<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Date:        n/a<br>Time:       n/a<br>Courtroom:  3<br>Judge:      Hon. Troy N. Nunley<br>Trial Date:  Not Set<br>Action Filed: April 1, 2024 |

Under Local Rule 144, Defendants Steven S. Cliff and Rob Bonta, in their official capacities (Defendants) and Plaintiffs American Free Enterprise Chamber of Commerce and Associated Equipment Distributors (Plaintiffs) hereby stipulate to a briefing schedule for Defendants' Motion to Dismiss, as follows:

1. Plaintiffs filed the Complaint in this action on April 1, 2024. ECF No. 1. Defendants waived service. ECF No. 7. By operation of Federal Rule of Civil Procedure 4(d)(3), Defendants' responsive pleading is due June 17, 2024. Defendants intend to file a Motion to Dismiss on that date.

2. Under the Court's Local Rules, Plaintiffs' opposition would be due July 1, 2024, and Defendants' reply would be due July 11, 2024.

3. Lead counsel for Defendants (M. Elaine Meckenstock) has longstanding and paid-for plans to be on vacation between July 1 and July 11, 2024—the window Defendants would have for their reply brief under the Local Rules. Other counsel for Defendants have work-related or travel-related scheduling conflicts in that same period.

4. The parties have agreed to a more extended schedule for the briefing of Defendants' Motion to Dismiss to accommodate Defendants' counsels' schedules. All parties also believe that this more extended schedule will allow them to better present the issues to the Court.

5. The parties have not previously sought extensions of time in this case.

6. The parties request that the Court enter the following schedule:

- Defendants will file their motion to dismiss on or before June 17, 2024, noticing it for hearing on September 5, 2024.
- Plaintiffs will file their opposition on or before July 22, 2024
- Defendants will file their reply on or before August 16, 2024

| | |
|---|---|
| Dated: June 6, 2024 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>MYUNG J. PARK<br>Supervising Deputy Attorney General |
| | */s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for Defendants Steven S. Cliff and Rob Bonta, in their official capacities* |
| | Michael Buschbacher (*pro hac vice*)<br>James R. Conde (*pro hac vice*)<br>Laura B. Ruppalt (*pro hac vice*)<br>Boyden Gray PLLC<br>801 17th Street NW, Suite 350<br>Washington, D.C. 20006<br>(202) 955-0620<br>mbuschbacher@boydengray.com |
| | */s/ Eric Grant* (as authorized on June 6, 2024)<br>Eric Grant (Bar No. 151064)<br>Hicks Thomas LLP<br>701 University Avenue, Suite 106<br>Sacramento, California 95825<br>(916) 241-8414<br>grant@hicks-thomas.com |
| | Counsel for Plaintiffs |

**ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the Court orders the following schedule for Defendants' anticipated Motion to Dismiss:

- Defendants will file their motion to dismiss on or before June 17, 2024, noticing it for hearing on September 5, 2024.
- Plaintiffs will file their opposition on or before July 22, 2024.
- Defendants will file their reply on or before August 16, 2024.

DATED: June 6, 2024

_____
Troy L. Nunley
United States District Judge