Rob Bonta, State Bar No. 202668
Attorney General of California
Myung J. Park, State Bar No. 210866
Supervising Deputy Attorney General
Benjamin P. Lempert, State Bar No. 344239
David M. Meeker, State Bar No. 273814
Jonathan A. Wiener, State Bar No. 265006
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0299
  Fax:  (510) 622-2270
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants Steven S. Cliff and Rob Bonta, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; and ASSOCIATED EQUIPMENT DISTRIBUTORS,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendants. | 2:24-cv-00988-TLN-CKD<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE (ECF 33)**<br><br>Courtroom:  2 (15th Floor)<br>Judge:  Hon. Troy L. Nunley<br>Trial Date:  Not Set<br>Action Filed:  April 1, 2024 |

American Free Enterprise Chamber of Commerce and Associated Equipment Distributors (Plaintiffs) asked this Court to take judicial notice of an updated enforcement notice published by the California Air Resources Board (CARB).  ECF 33 (RJN).  Defendants do not object to the Court taking judicial notice of that document or its contents.  Plaintiffs, however, have mischaracterized those contents in their Request for Judicial Notice and Defendants therefore write to respond and clarify.

First, Plaintiffs contend that the updated enforcement notice is "inconsistent with" Defendants' motion to dismiss.  RJN at 3:2.  But the updated enforcement notice still contains the language on which the relevant portion of Defendant's motion was based:  CARB's statement that it "will not take enforcement action as to the drayage or high priority fleet reporting requirements or registration prohibitions until U.S. EPA grants a preemption waiver applicable to those regulatory provisions or determines a waiver is not necessary."  ECF 33-1 at 2.  In other words, there remains "nothing for this Court to enjoin" until EPA takes one of those actions.  ECF 20-1 at 8:26.  The fact that CARB has now stated it will not seek certain penalties against certain regulated parties *after EPA acts on the pending waiver request*, ECF 33-1 at 4, does not change the fact that no enforcement actions are presently being taken.

Second, Plaintiffs contend that the updated enforcement notice indicates that the Attorney General is a proper defendant for claims against the High-Priority Fleet Requirements of the Advanced Clean Fleets regulation.  RJN at 3:5-6.  The enforcement notice does not support this contention, however.  Rather, the enforcement notice indicates only that the Attorney General can seek monetary penalties *on behalf of and at the request of* CARB.  *Id.* at 2:17-18.  That aspect of the Attorney General's activities—representing state agencies—is part and parcel of his general duty under state law to provide "representation of state agencies and employees in judicial and administrative adjudicative proceedings."  Cal. Gov. Code § 11040(a).  It is well-established that "a generalized duty to enforce state law" is insufficient to invoke the *Ex Parte Young* exception to sovereign immunity.  *L.A. County Bar Ass'n v. Eu*, 979 F.2d 697, 704 (9th Cir. 1992) (citations omitted).  A general duty to represent state agencies—which is all the updated notice refers to—

2

provides even less ground to do so.  Plaintiffs notably provide no authority supporting their expansive view of *Ex Parte Young*.

Dated:  December 21, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants*

OK2024400861
91932659.docx