Michael Buschbacher (*pro hac vice*)
James R. Conde (*pro hac vice*)
Laura B. Ruppalt (*pro hac vice*)
Boyden Gray PLLC
900 Connecticut Avenue, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com

Eric Grant (Bar No. 151064)
Hicks Thomas LLP
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 241-8414
grant@hicks-thomas.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; and ASSOCIATED EQUIPMENT DISTRIBUTORS,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,<br><br>Defendants. | No. 2:24-cv-00988-TLN-CKD<br><br>**JOINT STATUS REPORT**<br><br><br><br><br>Courtroom: 2 (15th Floor)<br>Judge:     Hon. Troy L. Nunley |

# JOINT STATUS REPORT

Pursuant to this Court's April 7, 2025, minute order, the parties jointly state as follows:

1. On January 13, 2025, the California Air Resources Board withdrew its request for a waiver of Clean Air Act preemption under Section 209(b) of the Act, 42 U.S.C. § 7543(b), for portions of the Advanced Clean Fleets regulation, including the portions of the regulation challenged in this civil action. Letter from Steven. S. Cliff, Executive Officer, CARB, to Jane Nishida, Acting Administrator, EPA (Jan. 13, 2025), https://www.epa.gov/system/files/documents/2025-01/ca-acf-carb-withdrawal-ltr-2025-1-13.pdf.

2. In light of this withdrawal, the parties to this civil action have discussed settlement.

3. The parties in the related *California Trucking Association v. Cliff*, No. 2:23-cv-02333-TLNC-CKD, have agreed to hold pending motions in abeyance pending settlement discussions.

4. Defendants state that they are meeting and conferring separately with each of the plaintiffs in the related cases challenging the Advanced Clean Fleets regulation before this Court, including the Plaintiffs in this case.

5. The parties jointly state that the negotiations in the other, related cases do not directly bear on this case at this time.

6. In light of the foregoing, Defendants request that this Court hold pending motions in abeyance for 30 days to facilitate continued settlement discussions.

7. Plaintiffs do not oppose a limited abeyance of no more than 30 days.

Dated: April 21, 2025            Respectfully submitted,

*/s/ Michael Buschbacher*

Michael Buschbacher
James R. Conde
Laura B. Ruppalt
Boyden Gray PLLC

Eric Grant
Hicks Thomas LLP

Counsel for Plaintiffs

| | |
|---|---|
| 1 | /s/ *Elaine Meckenstock* (by permission) |
| 2 | Rob Bonta, State Bar No. 202668<br>Attorney General of California |
| 3 | Myung J. Park, State Bar No. 210866<br>Supervising Deputy Attorney General |
| 4 | Benjamin P. Lempert, State Bar No. 344239<br>David M. Meeker, State Bar No. 273814 |
| 5 | Jonathan A. Wiener, State Bar No. 265006<br>M. Elaine Meckenstock, State Bar No. 268861 |
| 6 | Deputy Attorney General<br>1515 Clay Street, 20th Floor |
| 7 | Oakland, CA 94612-0550<br>Telephone: (510) 879-0299 |
| 8 | Fax: (510) 622-2270<br>E-mail: Elaine.Meckenstock@doj.ca.gov |
| 9 | Counsel for Defendants |