1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   DAVID M. MEEKER, State Bar No. 273814
4  JONATHAN A. WIENER, State Bar No. 265006
   M. ELAINE MECKENSTOCK, State Bar No. 268861
5  Deputy Attorney General
    1515 Clay Street, 20th Floor
6   P.O. Box 70550
    Oakland, CA  94612-0550
7   Telephone:  (510) 879-0299
    Fax:  (510) 622-2270
8   E-mail:  Elaine.Meckenstock@doj.ca.gov
   Attorneys for Defendants Steven S. Cliff and Rob
9  Bonta, in their official capacities

   Michael Buschbacher (*pro hac vice*)
   James R. Conde (*pro hac vice*)
   Laura B. Ruppalt (*pro hac vice*)
   Boyden Gray PLLC
   900 Connecticut Avenue, Suite 900
   Washington, D.C. 20006
   (202) 955-0620
   mbuschbacher@boydengray.com

   Eric Grant (State Bar No. 151064)
   Hicks Thomas LLP
   701 University Avenue, Suite 106
   Sacramento, California 95825
   (916) 241-8414
   *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; and ASSOCIATED EQUIPMENT DISTRIBUTORS,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California,<br><br>Defendants. | 2:24-cv-00988-TLN-CKD<br><br>**STIPULATION AND REQUEST TO HOLD CASE IN ABEYANCE PENDING OUTCOME OF RULEMAKING; ORDER**<br><br>Courtroom:  2, 15th Floor<br>Judge:       Hon. Troy N. Nunley<br>Trial Date:  Not Set<br>Action Filed: April 1, 2024 |

1

Defendants STEVEN S. CLIFF and ROB BONTA (Defendants), in their official capacities, and Plaintiffs AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE and ASSOCIATED EQUIPMENT DISTRIBUTORS (Plaintiffs) hereby submit this stipulation and request for abeyance.

**RECITALS**

WHEREAS, on November 15, 2023, the California Air Resources Board (CARB) submitted a request to the U.S. Environmental Protection Agency (EPA) seeking a Clean Air Act preemption waiver for parts of CARB's Advanced Clean Fleets regulation, pursuant to Section 209(b)(1) of the Clean Air Act, 42 U.S.C. § 7543(b)(1);

WHEREAS, on April 1, 2024, Plaintiffs filed their complaint challenging the High-Priority Fleet and Drayage Fleet requirements of the Advanced Clean Fleets regulation, California Code of Regulations, title 13, Sections 2015 through 2015.6 (High-Priority); Sections 2014 through 2014.3 (Drayage);

WHEREAS, on June 17, 2024, Defendants moved to dismiss Plaintiffs' complaint, ECF 20-1; and briefing on that motion is complete;

WHEREAS, on January 13, 2025, CARB withdrew its waiver request;

WHEREAS, Plaintiffs and Defendants (collectively, the Parties) have met and conferred to discuss how this case should proceed in light of CARB's withdrawal of its waiver request;

WHEREAS, the Court has placed this case in abeyance to allows the Parties to continue meeting and conferring about possible settlement, ECF.37;

WHEREAS, the Parties have reached an agreement that is anticipated to resolve this litigation but will require time to execute;

**STIPULATION AND REQUEST FOR ABEYANCE**

THEREFORE, IT IS HEREBY STIPULATED among the Parties, through their respective counsel, as follows:

1. In his official capacity, Defendant Cliff agrees that CARB staff will present a proposal to repeal the High-Priority Fleet and Drayage Fleet Requirements of the Advanced Clean Fleets regulation (California Code of Regulations, title 13, Sections 2015 through 2015.6 (High-Priority); Sections 2014 through 2014.3 (Drayage)) to the Board in a public hearing to be held no later than October 31, 2025. The notice and the Initial Statement of Reasons for that rulemaking action will be published on or before September 1, 2025. If the Board approves the proposed repeal, CARB staff would submit that rulemaking action to California's Office of Administrative Law (OAL) for approval no later than August 31, 2026.

2. Defendants agree that they will not take any enforcement action under the High-Priority Fleet or Drayage Requirements against Plaintiffs or Plaintiffs' members, or otherwise hold Plaintiffs or Plaintiffs' members subject to any of these requirements for the period beginning with the earliest effective date of any of these requirements (November 1, 2023) and ending when CARB or OAL (whichever acts latest) takes final action on the CARB rulemaking described herein. If CARB's Board fails to approve the proposed repeal, Defendants will not take any enforcement action or otherwise hold Plaintiffs or Plaintiffs' members subject to any of these requirements for a period of at least 120 days following such decision to allow the Parties to evaluate—and meet and confer about—next steps in light of the Board's decision.

3. The Parties agree that the case should be held in abeyance during the CARB rulemaking described herein, to avoid wasting party and judicial resources.

4. Plaintiffs agree that if CARB finalizes, and OAL approves, the repeal of the High-Priority Fleet and Drayage Fleet Requirements of the Advanced Clean Fleets regulation, Plaintiffs will voluntarily dismiss their complaint against all Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) within 15 days of when the repeal becomes effective under state law.

5. In the event the case is voluntarily dismissed, the Parties agree they shall each bear their own costs and attorneys' fees.

6. The Parties agree that if OAL has not approved the subject repeal by October 15, 2026, the Parties will submit a joint statement within 30 days advising the Court how the Parties propose to proceed.

**IT SO ORDERED.**

DATE: May 30, 2025

_____
Troy L. Nunley
Chief United States District Judge

Dated: May 29, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ Benjamin Lempert
BENJAMIN LEMPERT
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 29, 2025

 /s/ James Conde
 JAMES CONDE*
 *Pro hac vice application granted
*Counsel for Plaintiffs*
(as authorized for all Plaintiffs on May 29, 2025)