| | |
|---|---|
| 1 | Michael Buschbacher (*pro hac vice*) |
| | James R. Conde (*pro hac vice*) |
| 2 | Laura B. Ruppalt (*pro hac vice*) |
| | Boyden Gray PLLC |
| 3 | 900 Connecticut Avenue, Suite 900 |
| | Washington, D.C. 20006 |
| 4 | (202) 955-0620 |
| | mbuschbacher@boydengray.com |
| 5 | |
| | John B. Thomas (Bar No. 269538) |
| 6 | Hicks Thomas LLP |
| | 701 University Avenue, Suite 106 |
| 7 | Sacramento, California 95825 |
| | (916) 447-4900 |
| 8 | jthomas@hicks-thomas.com |
| 9 | Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE; and ASSOCIATED EQUIPMENT DISTRIBUTORS, | ) ) ) ) ) | No. 2:24-cv-00988-TLN-CKD |
| Plaintiffs, | ) ) | **PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL WITHIN THE SAME LAW FIRM** |
| v. | ) ) | |
| STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as the Attorney General of the State of California, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | Courtroom: 2 (15th Floor) Judge: Hon. Troy L. Nunley |

Plaintiffs respectfully move to substitute counsel within the firm Hicks Thomas LLP: Eric Grant is withdrawing from this matter, and John B. Thomas (a member of the bar of this Court) is substituting in his place. Mr. Thomas's contact information is as follows:

> John B. Thomas (Bar No. 269538)
> Hicks Thomas LLP
> 701 University Avenue, Suite 106
> Sacramento, California 95825
> (916) 447-4900
> jthomas@hicks-thomas.com

All other counsel for Plaintiffs — Michael Buschbacher, James R. Conde, and Laura B. Ruppalt of Boyden Gray PLLC — will continue without change.

Counsel for Defendants has informed the undersigned that this motion is <u>un</u>opposed.

Dated: August 10, 2025                Respectfully submitted,

/s/ *Michael Buschbacher*

Michael Buschbacher
James R. Conde
Laura B. Ruppalt
Boyden Gray PLLC

John B. Thomas
Hicks Thomas LLP

Counsel for Plaintiffs

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. TROY L. NUNLEY
                                        Chief United States District Judge